United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| NAUTICAL SOLUTIONS, L.L.C., | ) Case No. 23-90002 (CML) |
| Debtor. | ) |
| Tax I.D. No. 26-0741673 | ) |
| In re: | ) Chapter 11 |
| NAUTICAL SOLUTIONS (TEXAS), LLC, | ) Case No. 23-90001 (CML) |
| Debtor. | ) |
| Tax I.D. No. 92-1504141 | ) **Re: Docket No. 2** |

**ORDER DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that *ex parte* relief is appropriate in this administrative matter;

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; it is HEREBY ORDERED THAT:

1. The above-captioned chapter 11 cases shall be jointly administered by this Court under Case No. 23-90002 (CML).

2. Additionally, the following items are ordered:

    (a) One disclosure statement and plan of reorganization may be filed for both of the cases by any plan proponent.

    (b) Parties may request joint hearings on matters pending in any of the jointly administered cases.

    (c) Any case not previously assigned to Judge [Lopez/Jones] is transferred to Judge [Lopez/Jones].

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NAUTICAL SOLUTIONS, L.L.C., *et al.*,[1] | ) Case No. 23-90002 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases are: Nautical Solutions, L.L.C. and Nautical Solutions (Texas), LLC. The location of Debtor Nautical Solutions L.L.C.'s principal place of business and the Debtors' service address in these chapter 11 cases is 16201 East Main Street, Cut Off, Louisiana 70345.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of Debtor Nautical Solutions (Texas), LLC to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Nautical Solutions, L.L.C., Case No. 23-90002 (CML) and Nautical Solutions (Texas), LLC, Case No. 23-90001 (CML). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 23-90002 (CML).**

6. The Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases. Separate claim registers will be maintained.

7. The Debtors are authorized to file monthly operating reports on a consolidated basis, but shall track and break out income and disbursements on a debtor-by-debtor basis.

8. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

11. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: January 09, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

34881390v.1 163415/00001