IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NAUTICAL SOLUTIONS, L.L.C., *et al.*,[1] | Case No. 23-90002 (CML) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 23, 2023, employees of KCC caused the following documents to be served via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (A)(I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants, (II) Confirming the Procedures Related Thereto, and (III) Granting Administrative Priority for Outstanding Orders and (B) Granting Related Relief** [Docket No. 20]

- **Interim Order (A)(I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants, (II) Confirming the Procedures Related Thereto, and (III) Granting Administrative Priority for Outstanding Orders and (B) Granting Related Relief** [Docket No. 75]

- **Final Order (A)(I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants, (II) Confirming the Procedures Related Thereto, and (III) Granting Administrative Priority for Outstanding Orders and (B) Granting Related Relief** [Docket No. 149]

Dated: February 24, 2023

*/s/ Travis R. Buckingham*
Travis R. Buckingham
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases are: Nautical Solutions, L.L.C. and Nautical Solutions (Texas), LLC. The location of Debtor Nautical Solutions L.L.C.'s principal place of business and the Debtors' service address in these chapter 11 cases is 16201 East Main Street, Cut Off, Louisiana 70345.

# Exhibit A

**Exhibit A**
**Vendors Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| REXEL USA INC DBA GEXPRO | 14951 Dallas Pkwy | Dallas | TX | 75254 |
| REXEL USA INC DBA GEXPRO | 2965 Commodore Dr | Carrollton | TX | 75007 |

In re: Nautical Solutions, L.L.C., et al.
Case No.: 23-90002 (CML)

Page 1 of 1