IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NAUTICAL SOLUTIONS, L.L.C., *et al.*,[1] | ) ) | Case No. 23-90002 (CML) |
| Debtors. | ) ) | (Jointly Administered) |
|   | ) ) | **Re: Docket 204** |

**NOTICE OF (I) ENTRY OF AN ORDER
CONFIRMING THE AMENDED JOINT CHAPTER 11 PLAN
OF REORGANIZATION OF NAUTICAL SOLUTIONS, L.L.C. AND
ITS DEBTOR AFFILIATE AND (II) OCCURRENCE OF EFFECTIVE DATE**

On February 16, 2023, the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Court"), entered the *Order (I) Approving the Debtors' Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization, (II) Confirming the Amended Joint Prepackaged Plan of Reorganization of Nautical Solutions, L.L.C. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code, and (III) Granting Related Relief* [Docket No. 204] (the "Confirmation Order") confirming the Plan[2] of the above-captioned debtors (the "Debtors").

The Effective Date of the Plan occurred on **February 24, 2023**.

The Confirmation Order and the Plan are available for inspection. If you would like to obtain a copy of the Confirmation Order or the Plan, you may contact Kurtzman Carson Consultants LLC, the notice, claims, and solicitations agent retained by the Debtors in these chapter 11 cases, by: (a) calling the Debtors' restructuring hotline at (866) 523-2941 (domestic toll-free) or (781) 575-2044 (international toll); (b) visiting the Debtors' restructuring website at: http://www.kccllc.net/nautical; (c) emailing NauticalSolutionsInfo@kccllc.com; or (d) writing to Nautical Ballot Processing, c/o KCC, 222 N Pacific Coast Highway, Suite 300, El Segundo, CA 90245. You may also obtain copies of any pleadings Filed in these chapter 11 cases for a fee via PACER at: https://ecf.txsb.uscourts.gov.

---

[1]  The Debtors in these chapter 11 cases are Nautical Solutions, L.L.C. and Nautical Solutions (Texas), LLC. The location of Debtor Nautical Solutions L.L.C.'s principal place of business and the Debtors' service address in these chapter 11 cases is 16201 East Main Street, Cut Off, Louisiana 70345.

[2]  Capitalized terms used but not defined herein have the meanings given to them in the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Nautical Solutions, L.L.C. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 182] (as modified, amended, or supplemented from time to time, the "Plan").

The Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VIII of the Plan.

The Plan and its provisions are binding on the Debtors, Reorganized Debtors, Disbursing Agent, and any holder of a Claim or an Interest and such holder's respective successors and assigns, whether or not the Claim or the Interest of such holder is Impaired under the Plan, and whether or not such holder voted to accept the Plan.

The Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Houston, Texas
February 24, 2023

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Victoria Argeroplos (TX Bar No. 24105799) | John R. Luze (admitted *pro hac vice*) |
| Javier Gonzalez (TX Bar No. 24119697) | Jeffrey T. Michalik (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 300 North LaSalle Street |
| Houston, TX 77010 | Chicago, IL 60654 |
| Telephone: (713) 752-4200 | Telephone: (312) 862-2000 |
| Facsimile: (713) 752-4221 | Facsimile: (312) 862-2200 |
| Email:   mcavenaugh@jw.com | Email:   patrick.nash@kirkland.com |
|            jwertz@jw.com |            john.luze@kirkland.com |
|            vargeroplos@jw.com |            jeff.michalik@kirkland.com |
|            jgonzalez@jw.com | |

*Co-Counsel to the Debtors*              *Co-Counsel to the Debtors*
*and Debtors in Possession*              *and Debtors in Possession*

**Certificate of Service**

      I certify that, on February 24, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Matthew D. Cavenaugh*
                                                  Matthew D. Cavenaugh