United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NAUTICAL SOLUTIONS, L.L.C., *et al.*,[1] | ) Case No. 23-90002 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## FINAL DECREE CLOSING THE CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") for the entry of a final decree (this "Final Decree") closing the chapter 11 cases and granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set

---

[1] The Debtors in these chapter 11 cases are: Nautical Solutions, L.L.C. and Nautical Solutions (Texas), LLC. The location of Debtor Nautical Solutions L.L.C.'s principal place of business and the Debtors' service address in these chapter 11 cases is 16201 East Main Street, Cut Off, Louisiana 70345.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Both of the following chapter 11 cases are closed, and the Clerk of Court shall close the following chapter 11 cases; *provided* that the Court shall retain jurisdiction as provided in the Plan, Confirmation Order, and this Final Decree:

| Affiliate Debtors | Case Number |
|---|---|
| Nautical Solutions (Texas), LLC | 23-90001 |
| Nautical Solutions, L.L.C. | 23-90002 |

2. Within 21 days after entry of this Final Decree, the Reorganized Debtors shall file a consolidated post-confirmation report for the period from February 24, 2023 to the later of (i) June 30, 2023 or (ii) the date this Final Decree is entered.

3. The Reorganized Debtors shall pay the appropriate sum of quarterly fees due and payable for the first two quarters of 2023 when due and payable and pay subsequent quarters when due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) by either (a) remitting payment to the United States Trustee Payment Center, PO Box 6200-19, Portland, OR 97228-6200, which payment shall reflect the Reorganized Debtors' account numbers and shall be transmitted with a "Chapter 11 Quarterly Fee Payment" coupon available from the U.S. Trustee; or (b) by remitting payment via the pay.gov website: http://www.pay.gov/public/form/start/672415208, using the ten digit case number for each payment, not later than the later of (x) twenty-one (21) days after the date of entry of this Final Decree and (y) the date on which such quarterly fees are otherwise due.  This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

4. Entry of this Final Decree is without prejudice to (a) the rights of the Reorganized Debtors, or any party in interest to seek to reopen any of the cases for cause pursuant to

section 350(b) of the Bankruptcy Code, and (b) the rights of the Reorganized Debtors, or any entity authorized pursuant to the Plan, as applicable, to dispute any claims filed against the Reorganized Debtors in the Reorganized Debtors' chapter 11 cases, as provided in the Plan and the Confirmation Order.

5. This Final Decree shall be effective and enforceable upon its entry.

6. The Reorganized Debtors and any entity authorized pursuant to the Plan, and their respective agents, are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

7. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen any of the chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code.

8. Nothing in this Final Decree shall change the amount or nature of any distribution, or any other substantive rights, that any claim against or interest in any Debtor would have been entitled to under the Plan, the Confirmation Order, the Bankruptcy Code, the Bankruptcy Rules, or otherwise, had this Final Decree not been entered.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

Signed:  May 08, 2023

_____
Christopher Lopez
United States Bankruptcy Judge